[No. 1985-2.   Division Two.   January 7, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. B. J. McHENRY, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 47698, James V. Ramsdell, J., entered July 3, 1975. *Affirmed* by unpublished per curiam opinion.

[No. 4654-1.   Division One.   January 10, 1977.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT LUND OPSVIG, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 8727, Bryon L. Swedberg, J., entered April 9, 1976. *Affirmed* by unpublished opinion per Farris, J., concurred in by Williams, C.J., and Swanson, J.

[No. 4703-1.   Division One.   January 10, 1977.]

*In the Matter of the Welfare of* RONALD JAMES DONNATELLI.

Certiorari to review a judgment of the Superior Court for King County, No. J-73361, Solie M. Ringold, J., entered March 4, 1976. *Affirmed* by unpublished opinion per Williams, C.J., concurred in by Farris and Andersen, JJ.

[No. 4807-1.   Division One.   January 10, 1977.]

*In the Matter of the Welfare of* ELBOURNE DIMITRI GNYP.

Certiorari to review a judgment of the Superior Court for Whatcom County, No. J-5352, Frank Morrow, J. Pro Tem., entered May 20, 1976. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Williams, C.J., and Andersen, J.